Order affirmed and judgment absolute ordered for appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ. Not voting: VANN, J.

---

JOHN W. STERLING, as Executor of EDWIN S. CHAPIN, Deceased, Respondent, *v.* ALBERT K. CHAPIN, Individually and as Executor of EDWIN S. CHAPIN, Deceased, Appellant.

*Sterling* v. *Chapin*, 117 App. Div. 922, affirmed.
(Argued March 9, 1908; decided March 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 15, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for a partnership accounting.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*John A. Garver* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.